427 A.2d 253

Commonwealth v. Young, Appellant.

Sub-

mitted March 21, 1980. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.